UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM PRIMO,

    Plaintiff,

v.                                                     Case No. 3:13-cv-64-J-32MCR

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a Florida insurance
corporation,

    Defendant.
_____

## **VERDICT**

We, the jury, return the following verdict:

1.     What is the total amount of William Primo's damages for medical expenses incurred in the past, which was legally caused by the negligence of Carole Fudge?

$ __50,000__

2.     What is the total amount of William Primo's damages for medical expenses to be incurred in the future, which was legally caused by the negligence of Carole Fudge?

$ __0__

3. What is the total amount of William Primo's damages for lost earnings in the past, which was legally caused by the negligence of Carole Fudge?

$ 7,560

4. Did William Primo sustain a permanent injury in whole or in part, within a reasonable degree of medical probability, which was legally caused by the negligence of Carole Fudge?

YES _____     NO __X__

*If your answer to Question 4 is "NO," then skip Questions 5 and 6, date and sign this verdict form and return it to the courtroom. If your answer to Question 4 is "YES," please answer Questions 5 and 6.*

5. What is the total amount of William Primo's damages for pain and suffering, disability, physical impairment, disfigurement or scarring, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past?

$_____

6. What is the total amount of William Primo's damages for pain and suffering, disability, physical impairment, disfigurement or scarring, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the future?

$_____

SO SAY WE ALL, this _12_ day of September, 2014.

_____
FOREPERSON'S SIGNATURE